**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  JAMES MOORE,

                          Plaintiff,                 25 **CIVIL** 7836 (MKV)(SLC)

        -v-                                          **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated March 9, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative

proceedings and a new decision. On remand, Plaintiff will be offered the opportunity for a new

hearing.

**Dated:**  New York, New York

        March 9, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                          **BY:**          K. mango
                                        _____
                                                **Deputy Clerk**